Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS
JUN - 8 2017
DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tye Donnaile Chandler | ) | Case No. 1:17-cr-130-04 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tye Donnaile Chandler,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Possession of Oxycodone with Intent to Distribute
Aiding and Abetting
Forfeiture Allegation

Date: 06/08/2017

/s/ Renee Hellwig
*Issuing officer's signature*

Renee Hellwig, Deputy Clerk
*Printed name and title*

City and state: Bismarck, ND

### Return

This warrant was received on *(date)* 6·08·17, and the person was arrested on *(date)* 6·28·17
at *(city and state)* MINOT, ND.

Date: 6·30·17

*[signature]* CIDUSM
*Arresting officer's signature*

FOR HSI: BISMARCK, ND
*Printed name and title*