UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 1:17-cr-00130 |
| vs. | DEFENDANT'S SENTENCING MEMORANDUM |
| TYE DONNAILE CHANDLER, | |
| Defendant. | |

_____

    Comes now the defendant, Tye Donnaile Chandler, through his attorney, Christopher P. Bellmore, Assistant Federal Public Defender, and submits this sentencing memorandum to support his sentencing hearing scheduled for May 13, 2019 before this Court.

    Chandler has no objections to the Presentence Investigation Report. Under the parties' Plea Agreement, Chandler recommends the Court impose a 51-month term of imprisonment followed by a three-year term of supervised release. Such a sentence is sufficient, but not greater than necessary upon consideration of the 18 U.S.C. § 3553(a) factors.

Dated this 2nd day of May, 2019.

        Respectfully submitted,

        NEIL FULTON
        Federal Public Defender
        By:

        */s/ Christopher P. Bellmore*
        Christopher P. Bellmore
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        324 North 3rd Street, Suite 1
        Bismarck, ND 58501
        Telephone: 701-250-4500 Facsimile: 701-250-4498
        filinguser_SDND@fd.org